RECEIVED
IN ALEXANDRIA, LA.
APR 14 2010
TONY R. MOORE CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL COOPER (#39143) | DOCKET NO. 09-CV-1568; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED THAT Plaintiff's civil rights claims **against the following defendants: JAMES LEBLANC, MONA HEYSE, AND LISA COLEMAN** be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(b). The complaint has been served on the remaining defendants.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, this 13th day of April, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE